UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERKSIN FELIX,<br>Plaintiff,<br>-against-<br>NYS GOVERNOR KATHY HOCHUL, et al.,<br>Defendants. | **ORDER OF SERVICE**<br>26-CV-02197 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The Court has been advised that service of process pursuant to the Court's prior order of service (Doc. 8) has not yet been completed on Defendants Celeste Rachel Jannierre and Marilyn Kopp. In an abundance of caution, the Court will direct the issuance of summonses and USM-285 forms, and *sua sponte* extend the time to serve these Defendants until 90 days after the issuance of the summonses pursuant to this order. Additionally, an unexecuted Process Receipt and Return form was filed as to Defendant Chris Summer, "NYS Correction Officer & Police Officer Benevolent Association President," with the notation, "incorrect address." (*See* Doc. 11).

Accordingly, to allow Plaintiff to effect service on Defendants Celeste Rachel Jannierre and Marilyn Kopp through the U.S. Marshals Service, the Clerk of Court is instructed to fill out U.S. Marshals Service Process Receipt and Return forms ("USM-285 form") for these Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these Defendants. The time to serve is extended until 90 days after the date the summonses are issued pursuant to this order.

As to Defendant Chris Summer, and under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In

the Complaint, Plaintiff supplies sufficient information to permit the New York State Attorney General to identify Defendant Chris Summer. (Doc. 1). It is therefore ordered that the New York State Attorney General, who is the attorney for and agent of the New York State Department of Corrections and Community Supervision, must ascertain the address where Defendant Summer may be served.[1] The New York State Attorney General must provide this information to Plaintiff and the Court within sixty (60) days of the date of this Order.

Upon receipt of this information, the Court will deem the Complaint amended as to this Defendant and will issue an order directing the Clerk of Court to complete the USM-285 form with the addresses for Defendant Summer and deliver all documents necessary to effect service to the U.S. Marshals Service. Plaintiff's time to effect service on Defendant Summer is extended *nunc pro tunc* an additional 90 days from the date of this Order.

If the complaint is not served within 90 days after the date the summonses are issued pursuant to this order, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**CONCLUSION**

The Clerk of Court is directed to: (1) issue a summons for Defendants Kopp, and Jannierre; (2) complete the USM-285 form with the address for these defendants; (3) deliver all documents

[1] If Defendant Summer is a former employee of New York State Department of Corrections and Community Supervision, the New York State Attorney General must provide a residential address where the individual may be served.

necessary to effect service to the U.S. Marshals Service as to these Defendants; (4) mail a copy of this Order and the Complaint to the New York State Attorney General at: 28 Liberty Street, New York, New York 10005; and (5) mail a copy of this Order to Plaintiff.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: White Plains, New York
November 2, 2026

PHILIP M. HALPERN
United States District Judge

**SERVICE ADDRESS FOR DEFENDANT**

1. Marilyn Kopp
   Superintendent
   Sing Sing Correctional Facility
   354 Hunter Street
   Ossining, NY 10562

2. Celeste Rachel Jannierre
   Correction Officer
   Sing Sing Correctional Facility
   354 Hunter Street
   Ossining, NY 10562